AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| **Roberto Carlos PINTO-Hernandez (44)** | ) | |
| **Sayula, Jalisco, Mexico** | ) | L-22-MJ- |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 20, 2022** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1546 | did knowingly utter, use, attempt to use, possess, obtain, accept, and receive any immigrant or non-immigrant visa, permit, border crossing card, alien registration receipt card or other document prescribed by statute or regulation for entry into or as evidence of and authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made and to have been procured by means of any false claim or statement, and to have been otherwise procured by fraud or unlawfully obtained. |

This criminal complaint is based on these facts:

On May 20, 2023, at approximately 10:40 a.m., defendant Roberto Carlos PINTO-Hernandez, a citizen & national of Mexico, applied for admission into the United States at the Lincoln Juarez Bridge in Laredo, TX, as a passenger in a commercial bus. At primary, defendant presented a counterfeit Mexican passport containing a counterfeit ADIT stamp (Alien Documentation, Identification and Telecommunication) bearing his name and photograph to CBP Officer David Arredondo. Defendant claimed to be a Legal Permanent Resident and stated he was traveling from Mexico and going to Georgetown, Texas. Defendant stated his employer immigrated him three years ago and obtained the ADIT stamp in Laredo, TX. Defendant was referred to secondary to verify his immigration status. Under sworn statement, defendant identified himself as Roberto Carlos PINTO-Hernandez, an undocumented citizen & national of Mexico born in Ciudad Guzman, Jalisco, Mexico. Defendant stated he paid $14,000 U.S.D for the counterfeit Mexican passport and ADIT stamp to enter the United States. Defendant stated his intention was to seek employment in the United States. Facts are based on defendant's sworn statement & records of Customs & Border Protection. The defendant was paroled into the United States & an Immigration hold has been placed.

☐ Continued on the attached sheet.

/s/ Liza L. Farias
*Complainant's signature*

Liza L. Farias, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 22, 2023

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*